IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC AKU,<br><br>*Defendant*. | Case No. 1:23-MJ-62 |

**CRIMINAL INFORMATION**

(COUNT 1 – Class B Misdemeanor – E1653299)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 31, 2022, on the George Washington Memorial Parkway, in the Eastern District of Virginia and within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, ISAAC AKU, did unlawfully operate a motor vehicle while under the influence of alcohol, drugs, and any combination thereof, to a degree that rendered AKU incapable of safe operation.

(In violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1)).

(COUNT 2 – Class B Misdemeanor – E1873126)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 31, 2022, on the George Washington Memorial Parkway, in the Eastern District of Virginia and within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, ISAAC AKU, did refuse to submit to a test of breath, saliva, or urine at the direction of an authorized person who had probable cause to believe that AKU was operating a motor vehicle while under the influence of alcohol, drugs, or a combination thereof, while within a park area.

(In violation of Title 36, Code of Federal Regulations, Section 4.23(c)(2)).

(COUNT 3 – Class B Misdemeanor – E1873127)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 31, 2022, on the George Washington Memorial Parkway, in the Eastern District of Virginia and within the Special Maritime and Territorial Jurisdiction of the United States, the defendant, ISAAC AKU, did operate his motor vehicle without due care, and at a speed greater than which is reasonable and prudent considering wildlife, traffic, weather, road and light conditions, and road character.

(In violation of Title 36, Code of Federal Regulations, Section 4.22(b)(1)).

JESSICA D. ABER
UNITED STATES ATTORNEY

By: /s/_____
Andres E. Chinchilla
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3834
Fax: (703) 299-2584
Email: andres.chinchilla2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 9, 2023, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to any attorneys of record for the defendant.

/s/ _____
Andres E. Chinchilla
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3934
Fax: (703) 299-2584
Email: andres.chinchilla2@usdoj.gov