IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

RECEIVED

2023 MAR 15  P 3: 42

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim No. 1:23-MJ-62 |
| ISAAC I. AKU | |

### PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 23rd day of March 2023, then and there to testify on behalf of the United States:

      20 Blank Subpoenas (10 Sets)

This 15th day of March, 2023.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Andres E. Chinchilla
Special Assistant United States Attorney

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ISAAC I. AKU | ) | Case No. 1:23-MJ-62 |
| *Defendant* | ) | |

RECEIVED
2023 MAR 15  P 3: 42

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 500 |
|---|---|---|
| | | Date and Time: 3/23/2023 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  03/15/2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

(COPY)

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who requests this subpoena, are:

Andres E. Chinchilla, SAUSA
Office of the United States Attorney
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia  22314
(703) 299-3834

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:23-MJ-62

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

2100 Jamieson Ave,
Alexandria, VA 22314

_____
*Server's address*

Additional information regarding attempted service, etc:

.